**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50621 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-01320-SJO |
| v. | |
| ANTHONY ARCURIA, III, a.k.a. Anthony Acuria, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
S. James Otero, District Judge, Presiding

Submitted July 12, 2011[**]

Before:    SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Anthony Arcuria, III, appeals from the 180-day sentence imposed following

his guilty plea conviction for conspiracy to manufacture and to possess with intent

to distribute marijuana, in violation of 21 U.S.C. § 846.  We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1291, and we affirm.

Arcuria contends that the government breached the plea agreement by arguing for a role enhancement that persuaded the court to impose a higher sentence.  This contention lacks merit.  The record reflects that the government fulfilled its obligation under the plea agreement not to recommend a leadership role enhancement.  *See United States v. Maldonado*, 215 F.3d 1046, 1052 (9th Cir. 2000).

**AFFIRMED.**

10-50621